**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Mary Beth Novak                                                    CHAPTER 13
                    Debtor(s)

                                                                           BKY. NO. 23-20007 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2004-1, Asset-Backed Certificates, Series 2004-1 and index same on the master mailing list.

Respectfully submitted,

/s/ Brian C. Nicholas (Atty Id: 317240)
Brian Nicholas
17 Jan 2023, 14:07:26, EST

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 11e90eb5735abe67a487b52e99da24a80ebca754edba2024109f5096c3e6d4f1